**John KERR, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 63291.**

Missouri Court of Appeals,
Western District.

Aug. 31, 2004.

Irene C. Karns, Public Defender, Columbia, MO, for Appellant.

Daniel Neal McPherson, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before: HOWARD, P.J., ULRICH and BRECKENRIDGE, JJ.

**538**

## ORDER

PER CURIAM.

John Kerr appeals from the judgment denying his application for conditional release filed pursuant to section 552.040.10 RSMo 2000. He claims the judgment is against the weight of the evidence in that he presented clear and convincing evidence that he was not likely to be dangerous to others while on conditional release.

Affirmed. Rule 84.16(b).